196 So. 898
## STATE v. FIRST NATIONAL BANK OF MOBILE.
### 1 Div. 84.

Supreme Court of Alabama.

May 27, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for appellant.

Smith & Johnston, of Mobile, for appellee.

PER CURIAM.

Appeal dismissed pursuant to agreement.

198 So. 872
## STATE v. G. L. HERRON.
### 6 Div. 776.

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of G. L. Herron for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of State v. Herron, 29 Ala.App. 684, 198 So. 879.

Upon the authority of the decision rendered by this court in the case of State v. V. C. May, ante, p. 235, 198 So. 624, the petition for certiorari is denied.

Writ denied.

All the Justices concur.

198 So. 872
## STATE v. W. M. McGEE.
### 6 Div. 774.

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., for respondent.

LIVINGSTON, Justice.

Petition of W. M. McGee for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. McGee, 29 Ala.App. 684, 198 So. 879.

Writ denied on authority of State v. V. C. May, ante, p. 235, 198 So. 624.

All the Justices concur.

198 So. 872
## STATE v. Flaudie REED.
### 6 Div. 775.

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioner.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., for respondent.

KNIGHT, Justice.

This cause comes before us on petition for certiorari to the Court of Appeals, to review and revise the opinion and judgment of said court in the case of State of Alabama v. Flaudie Reed, 29 Ala.App. 684, 198 So. 880.

The writ is denied upon authority of State v. V. C. May, ante, p. 235, 198 So. 624,

Writ denied.

All the Justices concur.